IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE                                )
    TRACY ROGERS            )
    DEBTOR                      ) NO. 05-B- 34460
                                             ) JUDGE BARBOSA
                                            ) CHAPTER 7

DEBTOR'S FINAL REPORT

Tracy Rogers, by her attorney Richard L. Hirsh, makes the following final report pursuant to Bankruptcy Rule 1019(B)&(C):

I.  UNPAID DEBTS INCURRED AFTER FILING AND PRIOR TO CONVERSION

    See attached Schedule

II.    Property Acquired after petition filed and before conversion:

    2 flat screen television sets

III.    Post-petition Contracts

    Listing agreement for sale of home with Keller-Williams Realtor (canceled)

                                                               TRACY ROGERS

                                                                By: /s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936